# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:21-CV-083-KDB-DCK

| | |
|---|---|
| JOHN RANTANEN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| APPLE, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Joel M. Bondurant, Jr., concerning Richard P. Rouco, on June 3, 2021. Richard P. Rouco seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Richard P. Rouco is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 3, 2021

David C. Keesler
United States Magistrate Judge